UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Unula Boo Shawn Abebe, # 285447, <br> *aka Unula B. Abebe,* <br><br>                           Plaintiff, <br><br> vs. <br><br> Maurice Green; Lieutenant Scott; Karen McCullough; Sharonda Sutton; Lieutenant Hudson; Kenneth Parker; Robert Stevenson; Lula Johnson; Al Walker; Nurse Johnson; Lieutenant S. Jackson; Percy Jones; Lieutenant Carter; South Carolina; Willie Simmons; Lieutenant T. Johnson; Sergeant Devon Scott; Sergeant Fogal; Sergeant H. Wright; Sergeant J.C. Williams; Sergeant Glass; Sergeant Oakman; Sergeant R. Jones; Lieutenant Faley; Corporal Furgal; Corporal Dooley; Corporal Corey Beckett; Larry Catlidge; Jermaine McCoy; John English; Clifton Davenport; M. Brady; Officer McDaniels; Officer Cox; Officer Stone; Officer Sorez; Officer Roberts; Officer Brown; John Irmo; J. Dixon; T. Edmond; Corporal Manley; Officer Hamleton; Officer Moses; Roselyn Elerby; Ann Hallman; Investigator Hurt; Sergeant T. Esterline; Officer Williams; Lieutenant R. Jefferson; Aaron Wilson; Officer Fant; Ofc Hardy; Ofc Grittle; Officer Ms. Cook; Officer Mr. Cook; Ofc Dickson; Doctor John B. Tomarchio; William Byars, <br><br>                           Defendants. | C/A No. 5:11-2750-RMG-KDW <br><br> Order |

     Plaintiff, a state prisoner at Perry Correctional Institution in Pelzer, South Carolina, proceeding *pro se,* filed a complaint concerning prison conditions pursuant to 42 U.S.C. § 1983. By order dated February 22, 2012, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process against several of the defendants for whom he had not previously provided service documents. Plaintiff was warned that failure to provide the necessary information within the timetable set forth in the order would subject the case against those defendants to dismissal. The time to bring this case into proper form now has lapsed.

     Plaintiff has failed to provide service documents for the following eleven defendants: Lieutenant T. Johnson; Sergeant J.C. Williams; Corporal Furgal; Corporal Dooley; Corporal Corey Beckett; Doctor John B. Tomarchio; Larry Catlidge; Officer Sorez; Sergeant T. Esterline; Officer

Williams; and Lieutenant R. Jefferson. Plaintiff has therefore has failed to comply with an order of this court. The case against these eleven defendants is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED.**

_____
Richard M. Gergel
United States District Judge

March 12, 2013
Charleston, South Carolina